IN THE SUPREME COURT OF TEXAS

 No. 09-0486

 IN RE MIKE HOOKS, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's supplemental motion to stay all trial court
proceedings, filed December 11, 2009, is granted. All trial court
proceedings in Cause No. DC-08-428, styled Erasmo G. Garcia v. Mike Hooks,
Inc., in the 229th District Court of Starr County, Texas, are stayed
pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 16, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk